UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>9081 Country Avenue,<br>Monticello, Minnesota,<br>Wright County,<br><br>Defendant. | No. 01 Civ. 2257 (PAM/JGL)<br><br>**ORDER** |

This matter comes before the Court on the request of Miracle-Ear, Inc. to be apprised of events taking place in these proceedings, by reason of its asserted status as the victim of the offense giving rise to the forfeiture and as a judgment creditor under Minnesota law. The Court has reviewed the file and Miracle-Ear's request, and finds entry of this order to be appropriate.

Accordingly, based upon all the files, records, and proceedings in this matter, it is hereby **ORDERED** that:

1. The parties and the Clerk of Court shall provide Miracle-Ear, through its attorneys, Andrew M. Luger and William J. Otteson, Greene Espel, P.L.L.P., 333 South Seventh Street, Suite 1700, Minneapolis, Minnesota 55402, with copies of all orders, notices, pleadings and other papers that are entered by the Court, required to be filed with the Court, or served on the parties.

2. Miracle-Ear shall be allowed to participate in any hearings in this matter, as the Court may deem appropriate under the circumstances.

Date: March 23, 2002

Hon. Paul A. Magnuson
United States District Judge

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK