ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2257 (PAM/JGL)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>REAL PROPERTY LOCATED AT 9081 COUNTRY AVENUE, MONTICELLO, MN,<br><br>DEFENDANT. | PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVING SUMMONS AND COMPLAINT AND ORDER |

The United States hereby moves to extend the time for serving the Summons and Complaint for Forfeiture in the above-captioned civil forfeiture action until October 1, 2002, based on the following.

This civil forfeiture action, which was filed pursuant to 18 U.S.C. § 981(a)(1)(C), resulted from a criminal investigation into William W. Hoffman's theft of over $1,000,000.00 from his employer, Miracle Ear, Inc. The Complaint for Forfeiture was filed on December 7, 2001.

Rule 4(m) of the Federal Rules of Civil Procedure provides that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court



MAR 2 6 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> shall extend the time for service for an appropriate period.

The government seeks an extension of time in which to serve the Summons and Complaint until October 1, 2002. Miracle Ear, Inc., the victim of William W. Hoffman's fraud, has obtained a judgment in the amount of $664,674.37 against him and is attempting to resolve issues of restitution with Mr. Hoffman, which may obviate service in this action.

March 25, 2002

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

ORDER

Based on the foregoing motion and on all the files and records herein,

IT IS HEREBY ORDERED that the time for serving the Summons and Complaint in the above-captioned civil forfeiture action is extended to October 1, 2002.

Dated: March 26, 2002

JONATHAN G. LEBEDOFF
United States Magistrate Judge