ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2257 (PAM/RLE)

UNITED STATES OF AMERICA, )
)
PLAINTIFF, )
)
V. )
)
REAL PROPERTY LOCATED AT 9081 )
COUNTRY AVENUE, MONTICELLO, MN, )
)
DEFENDANT. )

STIPULATED EXPEDITED SETTLEMENT AGREEMENT AND ORDER

IT IS HEREBY STIPULATED by and between the United States of America, plaintiff, and Lynette Gagnelius, the claimant, to compromise and settle her claim according to the following terms:

1. The parties hereby stipulate that any violations of 18 U.S.C. § 1341 involving the defendant property occurred without the knowledge of the claimant.

2. The United States hereby agrees that upon entry of a Final Order of Forfeiture disposing of all claims in this action, it will pay the claimant the sum of $7,500.00 in settlement of the claimant's claim under the Judgment attached hereto as Exhibit A docketed in the Office of the Wright County Court Administrator on January 9, 2001, and the Assignment of Judgment attached hereto as Exhibit B, which was filed in the official records of Wright County on April 16, 2001.



OCT 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The payment to the claimant shall be in full and final settlement and satisfaction of any and all claims by the claimant to the defendant property and all claims resulting from the incidents or circumstances giving rise to this lawsuit.

4. Upon payment, the claimant agrees to release her claim to the defendant property and to release and hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency) acting in their individual or official capacities, from any and all claims by the claimant and her agents which currently exist or which may arise as a result of the United States' action against the defendant property.

5. The claimant hereby releases the judgment lien created by the Assignment of Judgment attached as Exhibit B, and filed with Wright County District Court on April 16, 2001, insofar as this judgment lien attaches to the real property located at 9081 Country Avenue, Monticello, Minnesota.

6. The claimant acknowledges by entering into this Expedited Settlement Agreement that the United States promptly recognized her claim and by so doing did not cause her to incur additional costs or fees.

7. As a part of the settlement, the claimant agrees not to pursue against the United States any other rights that she may have under the Assignment of Judgment.

8. The claimant understands and agrees that by entering into this Expedited Settlement Agreement, she waives any rights to further litigate against the United States her claim to the defendant property and to petition for remission or mitigation of the forfeiture. Unless specifically directed by order of this Court, the claimant is hereby excused and relieved from further participation in this action.

9. The parties agree to execute further documents, to the extent necessary, to convey clear title to the defendant property to the United States and to further implement the terms of this Expedited Settlement Agreement, and each party agrees to bear its own costs and attorneys' fees.

10. The claimant understands and agrees that a) at any time prior to the entry of the final order of forfeiture the United States reserves the right to void the Expedited Settlement Agreement and terminate the forfeiture action for legal reasons and that b) within ninety (90) days after execution of this Agreement or no later than the entry of a final order of forfeiture, whichever is earlier, the United States reserves the right to void the Expedited Settlement Agreement and terminate the forfeiture action for economic reasons. Once the final order of forfeiture is entered, the Agreement will not be voidable on these bases.

11. The terms of this Expedited Settlement Agreement are contingent upon forfeiture of the defendant property to the United

States and the Court's entry of a final Order of Forfeiture disposing of all claims in this action. In the event the property is not forfeited or the forfeiture action is terminated pursuant to paragraph 10 above, the Expedited Settlement Agreement is void. Further, the terms of this Expedited Settlement Agreement shall be subject to approval by the United States District Court and any violation of any terms or conditions shall be construed as a violation of an Order of the Court.

Dated: 10-24-02

THOMAS B. HEFFELFINGER
United States Attorney

BY: JAMES S. ALEXANDER
Assistant United States Attorney
Attorney I.D. No. 166145
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Dated: 10-24-02

FELHABER, LARSON, FENLON & VOGT, P.A.

BY: J. PATRICK BRINKMAN, ESQ.
30 East 7th Street, Suite 2100
St. Paul, MN 55101-4901
651-222-6321
Attorney for Claimant Lynette Gagnelius

Re: U.S. v. 9081 Country Avenue
Civil No. 01-2257 (PAM/RLE)
Stipulated Expedited Settlement Agreement/Order

ORDER

The Stipulated Expedited Settlement Agreement is hereby APPROVED.

Dated: October 25, 2002

PAUL A. MAGNUSON, Senior Judge
United States District Court

EXHIBIT A

C-JDG-DFT UCF-15 (SCAO 8/91)
Judgment, Notice of Entry and Statement (Defaults)

M.S. 548.08

**State of Minnesota** | **District Court**

COUNTY: WRIGHT

JUDICIAL DISTRICT: 10TH | CASE NO. C8-01-82

NAME AND ADDRESS - PLAINTIFF'S ATTORNEY
PAUL F. MARSO
3101 IRVING AVE SO
MINNEAPOLIS, MN 55408

CASE TITLE
WESTLUND PROVISIONS INC
PLAINTIFFS

vs.

NAME AND ADDRESS -
MONTE CLUB INC
BILL AND NATALIE HOFFMAN
8932 FENNING AVE NE PO BOX 1240
MONTICELLO, MN 55362

CASE TITLE
MONTE CLUB INC, BILL HOFFMAN AND NATALIE HOFFMAN, INDIVIDUALLY AND DBA MONTE CLUB
DEFENDANTS

The Summons and Complaint in this action having been served upon the Defendant(s) MONTE CLUB INC AND BILL & NATALIE HOFFMAN, and more than twenty days having since elapsed, and the Defendant(s) having failed to plead or otherwise defend; accordingly, the defendant(s) is/are in default.

Therefore, upon request of the Plaintiff's attorney: PAUL F. MARSO,

IT IS HEREBY ADJUDGED:

That the Plaintiff(s) recover of the Defendant(s) the amount of $ 15,342.54, the amount due and interest thereon, together with costs and disbursements in the amount of $ 416.50, amounting in all to the sum of $ 15,759.04.

Dated: 1-9-01

LAVONN NORDEEN CourtAdministrator

By [signature] Deputy

**DAMAGES**

| | |
|---|---|
| Principal | 15,342.54 |
| Interest | |
| **COSTS AND DISBURSEMENTS** | |
| Statutory Costs | 200.00 |
| Affidavits ( ) | .50 |
| Sheriff's Fees | ~~84.00~~ |
| Court Fees | ~~XX 132.00~~ |
| Attorney's Fees | |
| Miscellaneous | |

1-9-01 [initials]

STATE OF MINNESOTA ... 11/20/01 [signature]

Total Amount of Judgment $ 15,759.04

You are hereby notified, that a Judgment in the above entitled cause was entered on JANUARY 9, ~~19~~ 2001 in the office of the Administrator of the above Court and was docketed on JANUARY 9, ~~19~~ 2001 at 8:58 o'clock A m.

LAVONN NORDEEN Court Administrator

By [signature] Deputy

EXHIBIT B

STATE OF MINNESOTA | DISTRICT COURT
COUNTY OF WRIGHT | TENTH JUDICIAL DISTRICT

Westlund Provisions, Inc.,

Plaintiff,

vs.

Monte Club, Inc., Bill Hoffman and Natalie Hoffman,

Defendants.

**Court File No.** C8-01-000082

**ASSIGNMENT OF JUDGMENT**

FOR VALUE RECEIVED, Westlund Provisions, Inc., Plaintiff and judgment creditor in the above-entitled action, hereby assigns to Lynette Gagnelius its judgment against Monte Club, Inc., Bill Hoffman and Natalie Hoffman, Defendants and judgment debtors, which judgment was entered in the above-entitled action and docketed in the office of the District Court Administrator in and for Wright County, Minnesota, on January 9, 2001.

Dated this 30 day of March, 2001.

STATE OF MINNESOTA COUNTY OF WRIGHT
Certified to be a true and correct copy of the record on file in my office this 10/23/01
LaVonn Nordeen, Court Administrator
By: [signature] Deputy

WESTLUND PROVISIONS, INC.

By: Michael Koenen
Its: V.P. Finance

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

The foregoing instrument was acknowledged before me this 30th day of March, 2001 by Michael Koenen, the V.P. Finance of Westlund Provisions, Inc., a Minnesota corporation, on behalf of the corporation.

[signature]
Notary Public

ROSEMARY MAUN
NOTARY PUBLIC-MINNESOTA
RAMSEY COUNTY
My Commission Expires Jan. 31, 2005

THIS INSTRUMENT DRAFTED BY:
J. Patrick Brinkman (#11629)
Felhaber, Larson, Fenlon & Vogt, P.A.
4200 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402

FILED
4/16/01
DISTRICT COURT
WRIGHT COUNTY, MINNESOTA
by [signature]

MPLS 174827-1